UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**KELECHI LINARDON**

V.                                                                        **CIVIL ACTION NO. 21-10220-DC**

**BOSTON POLICE DEPARTMENT, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the ECF Order dated September 8, 2021, D. 22, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

September 8, 2021                                                   /s/ Lisa M. Hourihan
                                                                              Deputy Clerk